# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MIKAL SHANTON WATSON,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 22-00502-KD-B |
| **JOHN DOE,** | : |
| Defendants. | : |

## JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b) and this Court's inherent authority because no lesser sanction will suffice.

DONE and ORDERED this 12th day of April 2023.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE